877 A.2d 1256

IN THE MATTER OF NANCY I. OXFELD, AN ATTORNEY
AT LAW (ATTORNEY NO. 004421977).

July 27, 2005.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **NANCY I. OXFELD,** who was admitted to the bar of this State in 1977;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in District Docket No. VA–03–40E, in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate with the client);

And the parties having agreed that respondent's conduct violated *RPC* 1.3 and *RPC* 1.4(a), that said conduct warrants a reprimand, and that respondent will refund her $250 consultation fee and write a letter of apology to her client;

And the Disciplinary Review Board having determined that a reprimand with said additional conditions is the appropriate discipline for respondent's ethics violations in District Docket No. VA–03–40E, and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NANCY I. OXFELD** of **NEWARK** is hereby reprimanded; and it is further

ORDERED that within thirty days after the filing date of this Order **NANCY I. OXFELD** shall refund the $250 consultation fee in the *Monti* matters and write a letter of apology to the client,

proof of which shall be provided to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.